NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JONATHAN RODRIGUEZ,                    )
                                       )
            Appellant,                 )
                                       )
v.                                     )        Case No. 2D18-1244
                                       )
STATE OF FLORIDA,                      )
                                       )
            Appellee.                  )
_____    )

Opinion filed March 20, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Highlands County; Peter F. Estrada, Judge.

Jonathan R. Rodriguez,
Pro Se.

PER CURIAM.


            Affirmed.


LaROSE, C.J., and MORRIS, and LUCAS, JJ., Concur.